


## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Annie P. Ward, etc. v. Eli Lilly & Co., et al.,* N.D. California, C.A. No. 3:06-1610 *SI*

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order, with simultaneous separation and remand of certain claims, was filed in this action (*Ward*) on May 26, 2006. The Panel has now been advised that 1) plaintiff in *Ward* voluntarily dismissed her claims against defendant Eli Lilly on June 5, 2006; and 2) plaintiff's remaining claims in *Ward* do not involve Zyprexa and are not related to MDL-1596.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-51" filed on May 26, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel