LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile   (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE P. WARD, individually and as the Personal Representative of the Estate of ANNIE M. WARD<br>Plaintiffs,<br>v.<br>ELI LILLY AND COMPANY, ET AL.<br>Defendants. | Case No. C 06 1610 SI<br><br>**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL** |

Plaintiff requests dismissal without prejudice of the captioned action pursuant to Fed. R. Civ. Pro. 41(a). Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: June ___, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff

Dated: June 22, 2006

DRINKER BIDDLE & REATH LLP

_____
Charles F. Preuss
Steven M. Selna
Attorneys for Defendants
JANSSEN, L.P.
JANSSEN PHARMACEUTICA INC.
JOHNSON & JOHNSON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   _____
United States District Court

STIPULATION FOR VOLUNTARY DISMISSAL                                                    PAGE 1